UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 7 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MINISTRY OF INFORMATION, STATE OF KUWAIT | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| TORY RANDALL, | ) ) |
| Defendant. | ) |

Civil Case No. 06-cv-1836 (RJL)

**ORDER**
(March 6, 2007)

Plaintiff filed this civil action on October 23, 2006. A summons was issued, however, it does not appear from the record that service has been effected. "If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period." Fed. R. Civ. P. 4 (m). The 120-day period having run, it is

**ORDERED** that plaintiff shall show cause within 30 days of this Order why this action should not be dismissed. If plaintiff does not file a response by that date, the Court will dismiss the case pursuant to Fed. R. Civ. P. 4(m).

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge