IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ministry of Information** <br> **State of Kuwait** <br><br>     **Plaintiff,** <br><br> v. <br><br> **TORY RANDALL** <br><br>     **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) Civil Case No. 06-cv-1836 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**RESPONSE TO THE ORDER TO SHOW CAUSE AND
MOTION FOR ORDER FOR SERVICE BY PUBLICATION**

    COMES NOW THE PLAINTIFF, the Ministry of Information of the State of Kuwait, by and through its counsel, John W. Hermina, Esquire, and Hermina Law Group, and request that this Honorable Court issue an Order authorizing Service by publication on Defendant, and for reasons states:

1. That since the issuance of the summons in this case, Plaintiff have retained an experienced process serve for the purpose of serving the Complaint.

2. That the process server, Mr. Leonard Lucas, has submitted to this Court, a Sworn Affidavit stating that he has made six attempts to serve the Complaint but was unsuccessful in doing so.

3. That given Defendant's avoidance of service, Plaintiff must utilize an alternate method of service. That Rule 4(e) of the Federal Rules of Civil Procedure authorizes service pursuant to the law of the state in which the district court is located.

1

4. That Superior Court Rules of Civil Procedure, 4-I establishes the requirements for service by publication.

WHEREFORE, your Plaintiff respectfully requests an Order authorizing service by publication in accordance with Rule 4-I of the Superior Court Rules of Civil Procedure.

                                                  Respectfully Submitted,

                                                  THE PLAINTIFF,

BY: _____
COUNSEL FOR THE
MINISTRY OF
INFORMATION
State of Kuwait
John W. Hermina, Esquire
Bar No. 421790
& Hermina Law Group
Laurel Lakes Executive Park
8327 Cherry Lane
Laurel, Maryland 20707
301-206-3166

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 9th day of March, 2007, a copy of the foregoing Motion was sent to Defendant:

Tory Randall
5120 Observation Way
Alexandria, VA 22312,

                                                              _____
                                                               John Hermina

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ministry of Information** ) | |
| **State of Kuwait** ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 06-cv-1836 (RJL) |
| ) | |
| v. ) | |
| ) | |
| **TORY RANDALL** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

Upon consideration of Plaintiffs' Motion For Service By Publication, it is this _____ day of March, 2007, by the United States District Court for the District of Columbia;

ORDERED, Plaintiffs' Motion be and the same is hereby GRANTED; and it is further,

ORDERED, Defendant's have shown good cause as to why this action should not be dismissed.

_____
Richard J. Leon
Judge
United States District Court
For the District of Columbia