IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ministry of Information** <br> **State of Kuwait** <br><br> Plaintiff, <br><br> v. <br><br> **TORY RANDALL** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Case No. 06-cv-1836 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**AMENDED RESPONSE TO THE ORDER TO SHOW CAUSE AND
MOTION FOR ORDER FOR SERVICE BY PUBLICATION**

COMES NOW THE PLAINTIFF, the Ministry of Information of the State of Kuwait, by and through its counsel, John W. Hermina, Esquire, and Hermina Law Group, and request that this Honorable Court issue an Order authorizing Service by publication on Defendant, and for reasons states:

1. That since the issuance of the summons in this case, Plaintiff retained an experienced process serve for the purpose of serving the Complaint.

2. That the process server, Mr. Leonard Lucas, previously sent to this Court, a Sworn Affidavit stating that he has made six attempts to serve the Complaint but was unsuccessful in doing so. Attachment 1.

3. That given Defendant's avoidance of service, Plaintiff must utilize an alternate method of service. That Rule 4(e) of the Federal Rules of Civil Procedure authorizes service pursuant to the law of the state in which the district court is located.

1

4. That Superior Court Rules of Civil Procedure, 4-I establishes the requirements for service by publication. In light of the circumstances of service in this case as set forth in the attached Affidavit, your Plaintiff respectfully submits that service by publication is necessary.

WHEREFORE, your Plaintiff respectfully requests an Order authorizing service by publication in accordance with Rule 4-I of the Superior Court Rules of Civil Procedure.

Respectfully Submitted,

THE PLAINTIFF,

BY: _____
COUNSEL FOR THE
MINISTRY OF
INFORMATION
State of Kuwait
John W. Hermina, Esquire
Bar No. 421790
& Hermina Law Group
Laurel Lakes Executive Park
8327 Cherry Lane
Laurel, Maryland 20707
301-206-3166

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of March, 2007, a copy of the foregoing Motion was sent to Defendant:

Tory Randall
5120 Observation Way
Alexandria, VA 22312,

                                                                      _____
                                                                        John Hermina

# ATTACHMENT

# 1

United States District Court
For the District of Columbia

Case Number: 1:06CV01836

**PLAINTIFF**   Ministry of Information, State of Kuwait

vs

**DEFENDANT**   Tory Randall

### AMENDED AFFIDAVIT OF SERVICE BY PRIVATE PROCESS

I, **Leonard Lucas**, having been duly authorized to make service in the above-captioned case, state that I am over the age of eighteen (18) and am not a party to the aforementioned action.

The documents listed below was not served, six attempts were made to the defendant'

Recipient:   Tory Randall

5120 Observation Way

Alexandria, VA  22312

I declare under the penalty of perjury that the information contained herein is true and correct to the best of my knowledge.

_____
Leonard Lucas

Coastal Investigations

PO Box 8814 Elkridge, MD 21075

410-799-1200

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ministry of Information** <br> **State of Kuwait** <br><br> Plaintiff, <br><br> v. <br><br> **TORY RANDALL** <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Case No. 06-cv-1836 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of Plaintiffs' Motion For Service By Publication, it is this _____ day of March, 2007, by the United States District Court for the District of Columbia;

ORDERED, Plaintiffs' Motion be and the same is hereby GRANTED; and it is further,

ORDERED, Defendant's have shown good cause as to why this action should not be dismissed.

_____
Richard J. Leon
Judge
United States District Court
For the District of Columbia