UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MINISTRY OF INFORMATION, STATE OF KUWAIT | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| TORY RANDALL, | ) ) |
| Defendant. | ) |

Civil Case No. 06-cv-1836 (RJL)

**ORDER**
(July 21, 2007)

On October 23, 2006, plaintiff filed an action alleging fraud and breach of contract. There is no evidence in the record or the docket that plaintiff ever served the defendant with a summons or a copy of the complaint. On March 7, 2007, the Court ordered the plaintiff to show cause within 30 days of the Order why this action should not be dismissed for failure to prosecute. LCvR 83.23. To date, the plaintiff has not provided proof of service or responded to the Court's order with an explanation for his failure to do so. Accordingly, this action is dismissed without prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

District of Columbia live database - Docket Report                                                                                          Page 1 of 2

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:06-cv-01836-RJL**
**Internal Use Only**

MINISTRY OF INFORMATION v. RANDALL
Assigned to: Judge Richard J. Leon
Cause: 28:1331 Fed. Question: Breach of Contract

Date Filed: 10/23/2006
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

TYPE-M

**Plaintiff**
MINISTRY OF INFORMATION             represented by   **John W. Hermina**
STATE OF KUWAIT                                     HERMINA LAW GROUP
                                                    8327 Cherry Lane
                                                    Laurel, MD 20707
                                                    (301) 206-3166
                                                    Fax: (301) 490-7913
                                                    Email: law@herminalaw.com
                                                    LEAD ATTORNEY
                                                    ATTORNEY TO BE NOTICED

V

**Defendant**
TORY RANDALL

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2006 | 1 | COMPLAINT against TORY RANDALL. (Filing fee $ 350 receipt number 139757.)filed by MINISTRY OF INFORMATION.(Attachments: # 1 Civil Cover Sheet)(jf, ) (Entered: 10/26/2006) |
| 10/23/2006 | | Summons (1) Issued as to TORY RANDALL. (jf, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2 | STANDING ORDER. Signed by Judge Richard J. Leon on 10/26/2006. (CMcP, ) (Entered: 10/26/2006) |
| 03/07/2007 | 3 | ORDER TO SHOW CAUSE, within 30 days of this Order why this action should not be dismissed. Signed by Judge Richard J. Leon on 3/6/07. (wbh) (Entered: 03/07/2007) |
| 03/09/2007 | 4 | MOTION for Service by Publication by MINISTRY OF INFORMATION. (Attachments: # 1 Text of Proposed Order)(Hermina, John) (Entered: 03/09/2007) |
| 03/09/2007 | 5 | Amended MOTION to Amend/Correct Motion for Order for Service by |

District of Columbia live database - Docket Report                                                                                          Page 2 of 2

| | | |
|---|---|---|
| 03/20/2007 | | Publication by MINISTRY OF INFORMATION. (Attachments: # 1 Affidavit Affidavit of Process Server# 2 Text of Proposed Order) (Hermina, John) (Entered: 03/09/2007) |
| 03/20/2007 | 6 | MINUTE ORDER denying 4 Motion for Service by Publication; and denying 5 Amended Motion for Service by Publication. Signed by Judge Richard J. Leon on 3/20/07.(lcrjl2, ) (Entered: 03/20/2007) |
| 06/29/2007 | | MINUTE ORDER. The parties in the above captioned case are hereby ORDERED to submit a joint status report within fourteen (14) days of the date of this order. Signed by Judge Richard J. Leon on 6/29/07. (lcrjl2, ) (Entered: 06/29/2007) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 7 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MINISTRY OF INFORMATION, STATE OF KUWAIT )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TORY RANDALL, )<br>)<br>Defendant. ) | Civil Case No. 06-cv-1836 (RJL) |

**ORDER**
(March 6, 2007)

Plaintiff filed this civil action on October 23, 2006. A summons was issued, however, it does not appear from the record that service has been effected. "If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period." Fed. R. Civ. P. 4 (m). The 120-day period having run, it is

**ORDERED** that plaintiff shall show cause within 30 days of this Order why this action should not be dismissed. If plaintiff does not file a response by that date, the Court will dismiss the case pursuant to Fed. R. Civ. P. 4(m).

**SO ORDERED.**

                                                                    _____
                                                                    RICHARD J. LEON
                                                                    United States District Judge